UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 27 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC., (1) and,<br>HOWARD ROOT, (2)<br>Defendants. | § § § § § § § § § Case No. SA-14-CR-926-RCL |

## ORDER

Having considered the government's Motion [152] in limine to exclude the testimony of Peter Hutt, Richard Cooper, and Phillip Phillips, defendants' responses [176, 177] thereto, and the record herein, the government's Motion [152] is **DENIED** as moot as to witness Cooper (who will not be called), **DENIED** as premature as to witness Hutt (undecided whether he will be called), and **DENIED** as to witness Phillips (subject to review by proffer before he takes the stand). It is further

It is **SO ORDERED**.

Dated: 1/27/16

_____
ROYCE C. LAMBERTH
United States District Judge