UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 7 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. SA-14-CR-926-RCL |
| § | |
| VASCULAR SOLUTIONS, INC., (1) and, § | |
| HOWARD ROOT, (2) § | |
| Defendants. § | |

## ORDER

Upon consideration of defendants Vascular Solutions, Inc. and Howard Root's Motion [162] in limine to exclude trial testimony and prior statements of tainted witness, the opposition [181] and reply [191] thereto, and the record herein, defendants' Motion [162] is **DENIED**. It is further

**ORDERED** that the government may introduce the trial testimony of Elizabeth Matthews, Shane Carlson, Fred Reuning, and Anthony Paszkeicz. The Court agrees with the United States that any evidence of improper influence on the witnesses' testimony may affect the credibility of the witnesses, but the witnesses' testimony is admissible so long as the witness professes personal knowledge. The Court will not pre-screen the testimony of witnesses to ensure personal knowledge, nor place limitations on opening statements as to what evidence government counsel expects to be able to produce at trial. Defendants have cited no case in which any court has ever granted such an unprecedented request.

It is **SO ORDERED**.

Dated: 1/27/16

ROYCE C. LAMBERTH
United States District Judge