UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 27 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC., (1) and,<br>HOWARD ROOT, (2)<br>Defendants. | §<br>§<br>§<br>§  Case No. SA-14-CR-926-RCL<br>§<br>§<br>§<br>§ |

## ORDER

Upon consideration of defendants Vascular Solutions, Inc. and Howard Root's Motion [164] in limine to exclude evidence regarding Medicare coverage, the opposition [181] and reply [190] thereto, and the record herein, defendants' Motion [164] is **DENIED**.

It is **ORDERED** that the government may introduce evidence concerning the Medicare or private insurance coverage of the treatment of perforator veins at trial. The reimbursement conduct is alleged as an overt act in the charged conspiracy.

It is **SO ORDERED**.

Dated: 1/27/16

ROYCE C. LAMBERTH
United States District Judge