UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO.: SA-14-CR-926-RCL |
| ) | |
| VASCULAR SOLUTIONS, INC., (1) and ) | |
| HOWARD ROOT, (2) ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION TO DISMISS ORIGINAL INDICTMENT

The original indictment in this case was filed on November 13, 2014 and superseded on December 2, 2015. The counts in the superseding indictment were fully resolved by jury trial in February 2016. To the extent the original indictment remains pending before the Court, the government moves to dismiss it.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:  /s/
CHRISTINA PLAYTON
Assistant United States Attorney
Tx. Bar No. 24028652
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216
210-384-7025

TIMOTHY T. FINLEY
Trial Attorney
Consumer Protection Branch

U.S. Department of Justice
D.C. Bar No. 471841
450 Fifth Street, N.W.
Sixth Floor, South
Washington, D.C. 20001
202-307-0050

Certificate of Service

    I certify that a copy of this motion was served on defense counsel with the filling of it via the ECF maintained by the United States Clerk on this 1st day of April 2021.

                                                                /S/
                                            CHRISTINA PLAYTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO.: SA-14-CR-926-RCL |
| ) | |
| VASCULAR SOLUTIONS, INC., (1) and ) | |
| HOWARD ROOT, (2) ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO DISMISS ORIGINAL INDICTMENT**

To the extent it remains pending, the original indictment in this case, filed on November 13, 2014 is hereby dismissed.

So ordered this ___ day of April 2021.

_____
ROYCE C. LAMBERTH
United States District Judge